```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07369
   JONATHAN P STAPLETON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9241


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/24/07 .

   2.  The case was dismissed without confirmation, 08/17/2007.


--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG          .00            .00              .00
CHASE HOME FINANCE         MORTGAGE ARRE   NOT FILED             .00              .00
VANGUARD COMMUNITY MGMT    SECURED                .00            .00              .00
VANGUARD COMMUNITY MGMT    MORTGAGE ARRE   NOT FILED             .00              .00
ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED             .00              .00
CAB SERVICES INC           UNSECURED       NOT FILED             .00              .00
CAVALRY INVESTMENTS LLC    UNSECURED       NOT FILED             .00              .00
CBE GROUP                  UNSECURED       NOT FILED             .00              .00
COLLECTION CONSULTANTS D   UNSECURED       NOT FILED             .00              .00
COMED                      UNSECURED       NOT FILED             .00              .00
COMPUTER CREDIT            UNSECURED       NOT FILED             .00              .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED             .00              .00
GC SERVICES DATA CONTROL   UNSECURED       NOT FILED             .00              .00
TCF NATIONAL BANK          UNSECURED       NOT FILED             .00              .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED             .00              .00
NICOR GAS                  UNSECURED       NOT FILED             .00              .00
        Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00        .00           .00
PRINCIPAL PAID         .00          .00          .00        .00           .00
INTEREST PAID          .00          .00          .00        .00           .00
TOTAL PAID             .00          .00          .00        .00           .00
The Debtor's attorney, THAV & RYKE                  , was allowed $       .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/16/07                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
     CASE NO. 07 B 07369 JONATHAN P STAPLETON
```